**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** HSI

**City** Suffolk

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number 25-MJ-4081-DHH
Search Warrant Case Number ______
R 20/R 40 from District of ______

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ______ ☐ Yes ☑ No

Defendant Name Joel Alberto PENA Tejada Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: a/k/a Jose Rodriguez

Address: ______

Birth date (Yr only): 1977 SSN (last 4#): ______ Sex: M Race ______ Nationality: Domincan Republic

**Defense Counsel if known:** Eduardo Masferrer Address: ______

Bar Number: ______

**U.S. Attorney Information**

AUSA: Charles Dell'Anno Bar Number if applicable: ______

**Interpreter:** ☑ Yes ☐ No List language and/or dialect: Spanish

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:** ______

**Arrest Date:** ______

☑ Already in Federal Custody as of ______ in Plymouth County CF .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 8/28/2026 Signature of AUSA: ______

**District Court Case Number** (To be filled in by deputy clerk): ______________________

**Name of Defendant** ______________________

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. §§ 1326(a) and (b)(1) | Unlawful entry of a removed alien | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute a controlled substance | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**